# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JOHN W. SCARBORO | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE
: NO. 3:06-CV-97 (CDL) |
| MICHAEL J. ASTRUE,
Commissioner of Social Security | : |
| Defendant. | : |

## RECOMMENDATION

Plaintiff, having moved on May 23, 2007, for a dismissal of the above captioned action without prejudice, and defendant having indicated on October 1, 2007, that he has no objection to the granting of plaintiff's motion, it is now therefore RECOMMENDED that plaintiff's motion be GRANTED and that the complaint be DISMISSED WITHOUT PREJUDICE. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Clay D. Land, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 2nd day of October 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE